IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY F. PODLISKA,<br><br>        *Plaintiff*,<br><br>  v.<br><br>U.S. HOUSE OF REPRESENTATIVES SELECT COMMITTEE ON THE EVENTS SURROUNDING THE 2012 TERRORIST ATTACK IN BENGHAZI, et al.,<br><br>        *Defendants*. | Case No. 1:15-cv-02037-RDM |

### ERRATUM

  Defendant the Honorable Trey Gowdy, Chairman of the Select Committee on the Events Surrounding the 2012 Terrorist Attack in Benghazi, hereby respectfully files this Erratum to correct typographical errors in the Table of Contents and Table of Authorities to the Memorandum of Points and Authorities in Support of the Motion … to Dismiss Counts III and IV of the First Amended Complaint (Feb. 23, 2016) (ECF No. 29).  Copies of the corrected tables are attached hereto as an exhibit.  For the Court's convenience, Chairman Gowdy will submit to the Court courtesy copies of yesterday's motion that contain these corrected tables.

Respectfully submitted,

KERRY W. KIRCHER, D.C. Bar No. 386816
General Counsel
WILLIAM PITTARD, D.C. Bar No. 482949
Deputy General Counsel
TODD B. TATELMAN, VA Bar No. 66008
Senior Assistant Counsel
ELENI M. ROUMEL, SC Bar No. 75763
Assistant Counsel
 /s/ Isaac B. Rosenberg
ISAAC B. ROSENBERG, D.C. Bar No. 998900
Assistant Counsel
KIMBERLY HAMM, D.C. Bar No. 1020989
Assistant Counsel
SARAH K. CURRAN (Admitted to MD Bar)
Staff Attorney

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
Phone: (202) 225-9700
Fax:    (202) 226-1360
isaac.rosenberg@mail.house.gov

*Counsel for Defendant the Honorable Trey Gowdy, Chairman of the Select Committee on the Events Surrounding the 2012 Terrorist Attack in Benghazi*

February 24, 2016

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2016, I electronically filed the foregoing Erratum via the CM/ECF system of the U.S. District Court for the District of Columbia, which I understand caused service on all registered parties.

 */s/ Isaac B. Rosenberg*
 Isaac B. Rosenberg