IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRADLEY F. PODLISKA,

                       *Plaintiff*,

     v.                               Case No. 1:15-cv-02037-RDM

U.S. HOUSE OF REPRESENTATIVES
SELECT COMMITTEE ON THE EVENTS
SURROUNDING THE 2012 TERRORIST
ATTACK IN BENGHAZI, et al.,

                       *Defendants*.

# EXHIBIT

# [CORRECTED] TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................................................... iii

INTRODUCTION ...............................................................................................................1

BACKGROUND ................................................................................................................2

ARGUMENT .....................................................................................................................7

I. THE DEFAMATION CLAIM (COUNT III) MUST BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM ........................................................................................................7

    A. Count III Is Barred by Sovereign Immunity Because the Claim Challenges Only Official Conduct ..............................................................................................7

    B. Chairman Gowdy Would Enjoy Absolute Immunity Under D.C. Law Even if Sovereign Immunity Did Not Bar Count III ........................................10

II. THE DUE PROCESS CLAIM (COUNT IV) MUST BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM ......................................................................................................13

    A. Count IV Is Just a "Constitutionalized" Retaliation Claim, Covered by the Congressional Accountability Act, Which Mr. Podliska Did Not Exhaust ............................................................................................................13

        1. The CAA Prohibits Retaliation Against Former Employees Who Exercise Their Rights Under the CAA .................................................15

        2. Count IV Must Be Dismissed Under the CAA ...................................16

    B. Count IV Alternatively Must Be Dismissed Because the Availability of Relief Under the CAA Precludes Any Due Process Claim ............................18

    C. Even if the CAA Did Not Preclude Mr. Podliska's Due Process Claim, Count IV Still Fails to State a Claim Upon Which Relief May Be Granted ....................................................................................................19

        1. Mr. Podliska Has Not Sufficiently Pled a "Reputation-Plus" Claim ........................................................................................................20

            a. Statements About Mr. Podliska's Poor Job Performance Are Not Actionable ...............................................................20

            b. The Alleged Defamation Did Not "Accompany" a "Termination." ........................................................................24

i

        2.        Mr. Podliska Has Not Sufficiently Pled a "Stigma or Disability" Claim ........................................................................................................28

                a.      Whatever Stigma Mr. Podliska Faces, He Inflicted It on Himself .....................................................................................28

                b.      Mr. Podliska Has Not Alleged Sufficiently Broad Preclusion from Future Employment in His Chosen Profession ...................................................................................31

        3.        Mr. Podliska's Due Process Claim Fails Under Both Theories Because He Did Not Request a Name-Clearing Hearing Before Filing Suit ....................................................................................................35

        4.        Mr. Podliska's Due Process Claim Also Fails Under Both Theories Because He Received All the Process He Was Due .............38

        5.        Count IV Cannot Proceed Against Chairman Gowdy Personally .......40

    D.        Chairman Gowdy Is Entitled to Qualified Immunity .......................................42

III.     BOTH COUNTS III AND IV MUST BE DISMISSED BECAUSE THEY NECESSARILY IMPLICATE LEGISLATIVE MATTERS THAT ARE PRIVILEGED UNDER THE SPEECH OR DEBATE CLAUSE ...............................44

CONCLUSION .............................................................................................................................45

APPENDIX .................................................................................................................................1a

CERTIFICATE OF SERVICE


# [CORRECTED] TABLE OF AUTHORITIES[*]

**Cases**                                                          **Page(s)**

*Aguirre v. S.E.C.*,
   671 F. Supp. 2d 113 (D.D.C. 2009) .............................................................29, 35, 40

*Aktiebolaget Bofors v. United States*,
   194 F.2d 145 (D.C. Cir. 1951) ...................................................................................14

\* *Alexis v. Dist. of Columbia*,
   44 F. Supp. 2d 331 (D.D.C. 1999) .......................................................21, 22, 26, 33, 43

*Allaithi v. Rumsfeld*,
   753 F.3d 1327 (D.C. Cir. 2014) .................................................................................11

*Ames v. Johnson*,
   --- F. Supp. 3d ----, No. 13-cv-1054, 2015 WL 4880635 (D.D.C. Aug. 14, 2015) .....18

*Arbitraje Casas de Cambio, S.A. de C.V. v. U.S. Postal Serv.*,
   297 F. Supp. 2d 165 (D.D.C. 2003) ...........................................................................14

*Arpaio v. Obama*,
   797 F.3d 11 (D.C. Cir. 2015) .....................................................................................17

*Ashcroft v. al-Kidd*,
   131 S. Ct. 2074 (2011) ................................................................................................43

*Ashcroft v. Iqbal*,
   556 U.S. 662 (2009) ............................................................................................22, 34

*Baden v. Koch*,
   799 F.2d 825 (2d Cir. 1986) .......................................................................................36

*Bell Atl. Corp. v Twombly*,
   550 U.S. 554 (2007) ....................................................................................................34

*Bishop v. Wood*,
   426 U.S. 341 (1976) ....................................................................................................19

*Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*,
   403 U.S. 388 (1971) ....................................................................................................41

---

[*] Pursuant to Local Civil Rule 7(a), asterisks along the left margin of this table identify "those cases or authorities on which counsel chiefly relies."

**Cases – continued**                                                                                                                    **Page(s)**

*Bjorklund v. Miller*,
   467 F. App'x 758 (10th Cir. 2012) ...............................................................................36

*Blackmon-Malloy v. U.S. Capitol Police Bd.*,
   575 F.3d 699 (D.C. Cir. 2009) .....................................................................................17

*Bledsoe v. City of Horn Lake, Miss.*,
   449 F.3d 650 (5th Cir. 2006) .......................................................................................35

*Blue v. Dist. of Columbia*,
   --- F.3d ----, No. 14-7189, 2015 WL 9466228 (D.C. Cir. Dec. 29, 2015).........2, 16, 34

*Bd. of Regents of State Colls. v. Roth*,
   408 U.S. 564 (1972)......................................................................................................19

*Bragg v. Office of Dist. Att'y*,
   704 F. Supp. 2d 1032 (D. Colo. 2009)..........................................................................16

*Brennan v. Hendrigan*,
   888 F.2d 189 (1st Cir. 1989).........................................................................................27

\*   *Brown v. Gen. Servs. Admin.*,
   425 U.S. 820 (1976)......................................................................................................14

*Browning v. Clinton*,
   292 F.3d 235 (D.C. Cir. 2002) .....................................................................................24

*Buntin v. City of Boston*,
   --- F.3d ----, No. 15-1667, 2015 WL 9466582 (1st Cir. Dec. 29, 2015)......................35

*Burlington N. & Santa Fe Ry. Co. v. White*,
   548 U.S. 53 (2006)..................................................................................................15, 16

*Bush v. Lucas*,
   462 U.S. 367 (1983)......................................................................................................42

*Butt v. United Bhd. of Carpenters & Joiners of Am.*,
   512 F. App'x 233 (3d Cir. 2013) .................................................................................16

\*   *Campbell v. Dist. of Columbia*,
   972 F. Supp. 2d 38 (D.D.C. 2013) .........................................................................32, 34

**Cases – continued** **Page(s)**

\* *Campbell v. Dist. of Columbia*,
--- F. Supp. 3d ----, No. 12-cv-1769, 2015 WL 5188618
(D.D.C. Sept. 4, 2015) ...............................................................................20, 26, 38

*Campanelli v. Bockrath*,
100 F.3d 1476 (9th Cir. 1996) ..................................................................................25

*Clayton v. Dist. of Columbia*,
931 F. Supp. 2d 192 (D.D.C. 2013) ............................................................................9

*Clayton v. Dist. of Columbia*,
--- F. Supp. 3d ----, No. 11-cv-1889, 2015 WL 4639558 (D.D.C. Aug. 4, 2015) .......35

*Cobell v. Babbitt*,
91 F. Supp. 2d 1 (D.D.C. 1999) .................................................................................7

*Codd v. Velger*,
429 U.S. 624 (1977).............................................................................................37, 44

*Council on Am. Islamic Relations, Inc. v. Ballenger*,
366 F. Supp. 2d 28 (D.D.C. 2005) ...........................................................................11

*Council on Am. Islamic Relations v. Ballenger*,
444 F.3d 659 (D.C. Cir. 2006) ...................................................................................9

*Croddy v. F.B.I.*,
No. 00-cv-651, 2006 WL 2844261 (D.D.C. Sept. 29, 2006).....................................24

*Davis v. Billington*,
681 F.3d 377 (D.C. Cir. 2012) .................................................................................42

*Davis v. Sarles*,
--- F. Supp. 3d ----, No. 14-cv-1389, 2015 WL 5728541 (D.D.C. Sept. 29, 2015).....10

*Davis v. United States*,
973 F. Supp. 2d 23 (D.D.C. 2014) ........................................................................9, 41

*DeBrew v. Atwood*,
792 F.3d 118 (D.C. Cir. 2015) .................................................................................22

*De Sousa v. Dep't of State*,
840 F. Supp. 2d 92 (D.D.C. 2012) ...........................................................................25

\* *Dist. of Columbia v. Jones*,
919 A.2d 604 (D.C. 2007) ....................................................................10, 11, 12, 13

**Cases – continued**       **Page(s)**

*Dist. of Columbia v. Simpkins*,
   720 A.2d 894 (D.C. 1998) ................................................................................12

*Doe v. Rogers*, --- F. Supp. 3d ----,
   No. 12-cv-1229, 2015 WL 5923612 (D.D.C. Oct. 9, 2015) ...........................22, 28, 29

\* *Doe v. U.S. Dep't of Justice*,
   753 F.2d 1092 (D.C. Cir. 1985) ...............................................................26, 36, 38, 44

*Doe v. U.S. Dep't of Justice*,
   602 F. Supp. 871 (D.D.C. 1983) .................................................................26

*Dougherty v. United States*,
   --- F. Supp. 3d ----, No. 15-cv-582, 2016 WL 225681 (D.D.C. Jan. 19, 2016).............8

\* *Dukore v. Dist. of Columbia*,
   799 F.3d 1137 (D.C. Cir. 2015) ...................................................................43

*e360 Insight v. The Spamhaus Project*,
   500 F.3d 594 (7th Cir. 2007) .......................................................................41

*Edmonds v. U.S. Dep't of Justice*,
   323 F. Supp. 2d 65 (D.D.C. 2004) ..............................................................45

*Edmonds v. United States*,
   436 F. Supp. 2d 28 (D.D.C. 2006) ..............................................................14

*Emery v. Ne. Ill. Reg'l Commuter R.R. Corp.*,
   No. 02-cv-9303, 2003 WL 22176077 (N.D. Ill. Sept. 18, 2003) ................27

*Ersek v. Twp. of Springfield*,
   102 F.3d 79 (3d Cir. 1996) ..........................................................................36

\* *Ethnic Emps. of Lib. of Congress v. Boorstin*,
   751 F.2d 1405 (D.C. Cir. 1985) ..............................................................14, 18

*Evangelou v. Dist. of Columbia*,
   63 F. Supp. 3d 96 (D.D.C. 2014) ................................................................33

*Evans v. Dist. of Columbia*,
   391 F. Supp. 2d 160 (D.D.C. 2005) ............................................................25

*Ewers v. Bd. of Cnty. Comm'rs*,
   802 F.2d 1242 (10th Cir. 1986) ...................................................................27

**Cases – continued**                                                                                      **Page(s)**

*Farah v. Esquire Magazine*,
     736 F.3d 528 (D.C. Cir. 2013) ...................................................................................2

*Fenwick v. Pudimott*,
     778 F.3d 133 (D.C. Cir. 2015) ..................................................................................44

*Fields v. Office of Eddie Bernice Johnson*,
     459 F.3d 1 (D.C. Cir. 2006) ..................................................................................3, 44

*Finnegan v. Bd. of Educ. of Enlarged City Sch. Dist. of Troy*,
     No. 92-cv-732, 1993 WL 729846 (N.D.N.Y. Nov. 18, 1993) ..................................29

*Fonville v. Dist. of Columbia*,
     448 F. Supp. 2d 21 (D.D.C. 2006) ...........................................................................26

\*   *Fonville v. Dist. of Columbia*,
     38 F. Supp. 3d 1 (D.D.C. 2014) .........................................................................21, 22

*Gentile v. Wallen*,
     562 F.2d 193 (2d Cir. 1977) ....................................................................................27

*Goldstein v. Pearson*,
     121 A.2d 260 (D.C. 1956) .......................................................................................10

*Graham v. Ashcroft*,
     358 F.3d 931 (D.C. Cir. 2004) .................................................................................39

*Graham v. U.S. Dep't of Justice*,
     No. 02-cv-1231, 2002 WL 32511002 (D.D.C. 2002) ..............................................39

*Hadley v. Cnty. of DuPage*,
     715 F.2d 1238 (7th Cir. 1983) .................................................................................26

*Hadnott v. Laird*,
     317 F. Supp. 379 (D.D.C. 1970) ................................................................................8

*Hall v. Clinton*,
     235 F.3d 202 (4th Cir. 2000) ...................................................................................42

*Hamilton v. Mayor & City Council of Balt.*,
     807 F. Supp. 2d 331 (D. Md. 2011) .........................................................................27

*Hanoch Tel-Oren v. Libyan Arab Republic*,
     517 F. Supp. 542 (D.D.C. 1981) ..............................................................................14

**Cases – continued**                                                                                              **Page(s)**

*Harper v. Blumenthal*,
    478 F. Supp. 176 (D.D.C. 1979) .......................................................................................... 39

\* *Harrison v. Bowen*,
    815 F.2d 1505 (D.C. Cir. 1987) ............................................................................... 21, 22, 23

*Hatfill v. Gonzales*,
    519 F. Supp. 2d 13 (D.D.C. 2007) .................................................................................. 10, 41

*Hill v. Borough of Kutztown*,
    455 F.3d 225 (3d Cir. 2006) .................................................................................................. 36

*Hoey v. Dist. of Columbia*,
    540 F. Supp. 2d 218 (D.D.C. 2008) ...................................................................................... 19

*Hollabaugh v. Office of Architect of Capitol*,
    847 F. Supp. 2d 57 (D.D.C. 2012) ........................................................................................ 16

*Holman v. Williams*,
    436 F. Supp. 2d 68 (D.D.C. 2006) ................................................................................. 22, 31

*Holscher v. Olson*,
    No. 07-cv-3023, 2008 WL 2645484 (E.D. Wash. June 30, 2008) ....................................... 36

*Howard v. Office of Chief Administrative Officer of U.S. House of Representatives*,
    720 F.3d 939 (D.C. Cir. 2013) .............................................................................................. 45

*Hutchinson v. C.I.A.*,
    393 F.3d 226 (D.C. Cir. 2005) .............................................................................................. 22

*Hyson v. Architect of Capitol*,
    802 F. Supp. 2d 84 (D.D.C. 2011) ........................................................................................ 16

*In re Subpoena In Collins*,
    524 F.3d 249 (D.C. Cir. 2008) ................................................................................................ 9

*Jacobs v. Vrobel*,
    724 F.3d 217 (D.C. Cir. 2013) ................................................................................................ 9

*Johnson v. United States*,
    547 F.2d 688 (D.C. Cir. 1976) .............................................................................................. 14

*Joyce v. Office of Architect of Capitol*,
    966 F. Supp. 2d 15 (D.D.C. 2013) ........................................................................................ 15

**Cases – continued**                                                                                 **Page(s)**

*Joyce v. Office of Architect of Capitol,*
    106 F. Supp. 3d 163 (D.D.C. 2015) ............................................................................ 15

*Kaempe v. Myers,*
    367 F.3d 958 (D.C. Cir. 2004) ...................................................................................... 2

*Kartseva v. Dep't of State,*
    37 F.3d 1524 (D.C. Cir. 1994) ................................................................ 23, 25, 28, 32

\*   *Kendrick v. Fox Television,*
    659 A.2d 814 (D.C. 1995) ........................................................................ 11, 12, 13, 44

*King v. Holder,*
    941 F. Supp. 2d 83 (D.D.C. 2013) ................................................................................ 18

*Kittner v. Gates,*
    783 F. Supp. 2d 170 (D.D.C. 2011) .............................................................................. 18

*Kizas v. Webster,*
    707 F.2d 524 (D.C. Cir. 1983) ...................................................................................... 18

*Knehans v. Alexander,*
    566 F.2d 312 (D.C. Cir. 1977) ...................................................................................... 22

*Kursar v. T.S.A.,*
    751 F. Supp. 2d 154 (D.D.C. 2010) .............................................................................. 39

\*   *LaForgia v. Davis,*
    No. 01-cv-7599, 2004 WL 2884524 (S.D.N.Y. Dec. 14, 2004) ................................ 27

*Land v. Dollar,*
    330 U.S. 731 (1947) ...................................................................................................... 8

*Larson v. Domestic & Foreign Commerce Corp.,*
    337 U.S. 682 (1949) ................................................................................................. 7, 8

*Lawrence v. Acree,*
    665 F.2d 1319 (D.C. Cir. 1981) .................................................................................. 25

*Liff v. Office of Inspector Gen. for U.S. Dep't of Labor,*
    --- F. Supp. 3d ----, No. 14-cv-1162, 2016 WL 107914 (D.D.C. Jan. 8, 2016) .......... 41

\*   *Lyons v. Barrett,*
    851 F.2d 406 (D.C. Cir. 1988) ............................................................... 35, 36, 38, 41


**Cases – continued**                                                                                                        **Page(s)**

*Mackinac Tribe v. Jewell*,
    87 F. Supp. 3d. 127 (D.D.C. 2015) ........................................................................3, 7

*Malapanis v. Regan*,
    340 F. Supp. 2d 184 (D. Conn. 2004) ........................................................................27

*Manhattan-Bronx Postal Union v. Gronouski*,
    350 F.2d 451 (D.C. Cir. 1965) ..................................................................................8

*Matthews v. Hesburgh*,
    504 F. Supp. 108 (D.D.C. 1980) ...............................................................................21

*Maye v. Reno*,
    231 F. Supp. 2d 332 (D.D.C. 2002) ..........................................................................42

\*   *Mazaleski v. Treusdell*,
    562 F.2d 701 (D.C. Cir. 1977) ......................................................................21, 22, 32

\*   *McCormick v. Dist. of Columbia*,
    752 F.3d 980 (D.C. Cir. 2014) ............................................................................ passim

*McDonald v. Salazar*,
    831 F. Supp. 2d 313 (D.D.C. 2011) ..........................................................................18

\*   *McGinnis v. Dist. of Columbia*,
    65 F. Supp. 3d 203 (D.D.C. 2014) ...............................................20, 21, 29, 33, 34, 43

*Mertik v. Blalock*,
    983 F.2d 1353 (6th Cir. 1993) ..................................................................................26

*Mervin v. F.T.C.*,
    591 F.2d 821 (D.C. Cir. 1978) ..................................................................................22

*Meshal v. Higgenbotham*,
    804 F.3d 417 (D.C. Cir. 2015) ..................................................................................42

*Mine Safety Appliances Co. v. Forrestal*,
    326 U.S. 371 (1945) ..................................................................................................8

*M.K. v. Tenet*,
    99 F. Supp. 2d 12 (D.D.C. 2000) ..................................................................35, 38, 39

*M.K. v. Tenet*,
    196 F. Supp. 2d 8 (D.D.C. 2001) ..............................................................................25

**Cases – continued**                                                                                          **Page(s)**

*Moore v. Agency for Int'l Dev.*,
    80 F.3d 546 (D.C. Cir. 1996) ................................................................................................40

*Moore v. Capitol Guide Bd.*,
    982 F. Supp. 35 (D.D.C. 1997) ..............................................................................................17

*Moran v. U.S. Capitol Police Bd.*,
    820 F. Supp. 2d 48 (D.D.C. 2011) .........................................................................................15

*Morris v. Lindau*,
    196 F.3d 102 (2d Cir. 1999) ..................................................................................................26

*Morris v. W.M.A.T.A.*,
    702 F.2d 1037 (D.C. Cir. 1983) .............................................................................................18

*Mosca v. Cole*,
    217 F. App'x 158 (3d Cir. 2007) ...........................................................................................29

*Mosrie v. Barry*,
    718 F.2d 1151 (D.C. Cir. 1983) ..................................................................................24, 29, 32

*Mosrie v. Trussell*,
    467 A.2d 475 (D.C. 1983) .......................................................................................................7

\*   *Moss v. Stockard*,
    580 A.2d 1011 (D.C. 1990) ...............................................................................10, 11, 12, 13

*Newton v. Office of Architect of Capitol*,
    905 F. Supp. 2d 88 (D.D.C. 2012) .........................................................................................16

*Novecon Ltd. v. Bulgarian-Am. Enterprise Fund*,
    190 F.3d 556 (D.C. Cir. 1999) .................................................................................................7

*Oakley, Inc. v. McWilliams*,
    879 F. Supp. 2d 1087 (C.D. Cal. 2012) .................................................................................41

\*   *O'Donnell v. Barry*,
    148 F.3d 1126 (D.C. Cir. 1998) ...................................................................................... passim

*Ogburn v. Elrod*,
    No. 87-cv-4492, 1989 WL 24127 (N.D. Ill. Mar. 13, 1989) .................................................27

*Olaniyi v. Dist. of Columbia*,
    763 F. Supp. 2d 70 (D.D.C. 2011) .........................................................................................14

**Cases – continued**                                                                                                   **Page(s)**

*Orelski v. Bowers*,
    303 F. App'x 93 (3d Cir. 2008) ..............................................................................25, 27

*Packer v. U.S. Comm'n on Sec. & Cooperation in Europe*,
    843 F. Supp. 2d 44 (D.D.C. 2012) ................................................................................42

\*   *Paul v. Davis*,
    424 U.S. 693 (1976) ...........................................................................19, 24, 25, 32

*Payne v. Dist. of Columbia*,
    773 F. Supp. 2d 89 (D.D.C. 2011) ..........................................................................31, 34

*Payne v. Dist. of Columbia*,
    4 F. Supp. 3d 80 (D.D.C. 2013) ....................................................................................33

*Pearson v. Callahan*,
    555 U.S. 223 (2009) ......................................................................................................43

*Peter B. v. C.I.A.*,
    620 F. Supp. 2d 58 (D.D.C. 2009) ................................................................................26

*Persichitte v. Univ. of N. Colo.*,
    No. 05-cv-1508, 2006 WL 2790407 (D. Colo. Sept. 27, 2006) ...................................16

*Pindell v. Wilson-McKee*,
    60 F. Supp. 2d 1244 (D. Wyo. 1999) ............................................................................27

*Plumhoff v. Rickard*,
    134 S. Ct. 2012 (2015) ..................................................................................................43

*Quinn v. Shirey*,
    293 F.3d 315 (6th Cir. 2002) ........................................................................................35

*Reichle v. Howards*,
    132 S. Ct. 2088 (2012) ..................................................................................................43

*Reisman v. Caplin*,
    317 F.2d 123 (D.C. Cir. 1963) .......................................................................................8

*Renaud v. Wyo. Dep't of Family Servs.*,
    203 F.3d 723 (10th Cir. 2000) ......................................................................................25

*Richardson v. Easterling*,
    878 A.2d 1212 (D.C. 2005) ............................................................................................7

**Cases – continued**                                                                                                                  **Page(s)**

*Ridpath v. Bd. of Govs. Marshall Univ.*,
    447 F.3d 292 (4th Cir. 2006) .................................................................................... 25

*Robinson v. Shell Oil Co.*,
    519 U.S. 337 (1997) ................................................................................................... 15

*Robinson v. Smith*,
    No. 09-cv-138, 2010 WL 3463594 (D. Nev. Aug. 27, 2010) ..................................... 27

*Rochon v. Gonzales*,
    438 F.3d 1211 (D.C. Cir. 2006) ................................................................................ 15

*Rogler v. Biglow*,
    610 F. Supp. 2d 103 (D.D.C. 2009) ........................................................................... 18

*Rogler v. Gallin*,
    402 F. App'x 530 (D.C. Cir. 2010) ............................................................................ 19

*Rolles v. Civil Serv. Comm'n*,
    512 F.2d 1319 (D.C. Cir. 1975) ................................................................................ 21

*Rosen v. Am. Israel Pub. Affairs Comm., Inc.*,
    41 A.3d 1250 (D.C. 2012) ........................................................................................... 7

*Rosenstein v. City of Dallas*,
    876 F.2d 392 (5th Cir. 1989) ..................................................................................... 37

*Sampson v. Sch. Dist. of Lancaster*,
    No. 05-cv-6414, 2009 WL 1675083 (E.D. Pa. June 15, 2009) .................................. 27

*Saucier v. Katz*,
    533 U.S. 194 (2001) ................................................................................................... 43

*Schmidt v. U.S. Capitol Police Bd.*,
    826 F. Supp. 2d 59 (D.D.C. 2011) ............................................................................. 17

*Schnapper v. Foley*,
    471 F. Supp. 426 (D.D.C. 1979) .................................................................................. 8

*Segal v. City of New York*,
    459 F.3d 207 (2d Cir. 2006) ...................................................................................... 40

\*  *Siegert v. Gilley*,
    500 U.S. 226 (1991) ................................................................................. 19, 25, 26, 32

**Cases – continued**               **Page(s)**

*Sisseton Wahpeton Oyate of Lake Traverse Reservation v. Jewell*,
  --- F. Supp. 3d ----, No. 13-cv-601, 2015 WL 5474487 (D.D.C. Sept. 17, 2015) ......... 7

*Small v. Emanuel*,
  840 F. Supp. 2d 23 (D.D.C. 2012) ............................................................................... 18

*Steele v. Schafer*,
  535 F.3d 689 (D.C. Cir. 2008) .................................................................................... 16

*Tabman v. F.B.I.*,
  718 F. Supp. 2d 98 (D.D.C. 2010) ......................................................................... 38, 40

\* *Taylor v. Resolution Trust Corp.*,
  56 F.3d 1497 (D.C. Cir. 1995) ................................................................. 29, 31, 32, 34

*Terveer v. Billington*,
  34 F. Supp. 3d 100 (D.D.C. 2014) ............................................................................... 18

*Townsend v. Dep't of Navy*,
  No. 10-5332, 2011 WL 3419567 (D.C. Cir. Mar. 23, 2011) ...................................... 18

*Townsend v. Mabus*,
  736 F. Supp. 2d 250 (D.D.C. 2010) ............................................................................ 18

\* *Trifax Corp. v. Dist. of Columbia*,
  314 F.3d 641 (D.C. Cir. 2003) ............................................................................... 20, 32

*Tri-State Hosp. Supply Corp. v. United States*,
  341 F.3d 571 (D.C. Cir. 2003) .................................................................................... 10

*Turner v. U.S. Capitol Police Bd.*,
  983 F. Supp. 2d 98 (D.D.C. 2013) ............................................................................... 15

*U.S. Info. Agency v. Krc*,
  905 F.2d 389 (D.C. Cir. 1990) .................................................................................... 28

*United States v. Rostenkowksi*,
  59 F.3d 1291 (D.C. Cir. 1995) .................................................................................... 45

*United States v. Swindall*,
  971 F.2d 1531 (11th Cir. 1992) .................................................................................. 45

*Vanover v. Hantman*,
  77 F. Supp. 2d 91 (D.D.C. 1999) .......................................................................... 10, 41

Case 1:15-cv-02037-RDM   Document 30-1   Filed 02/24/16   Page 16 of 18

**Cases – continued**     **Page(s)**

*Vanover v. Hantman*,
    38 F. App'x 4 (D.C. Cir. 2002)..................................................................................10

*Walker v. Jones*,
    557 F. Supp. 366 (D.D.C. 1983)................................................................................26

*Walker v. Jones*,
    733 F.2d 923 (D.C. Cir. 1984)............................................................................21, 26

*Walsh v. Suffolk Cnty. Police Dep't*,
    No. 06-cv-2237, 2008 WL 1991118 (E.D.N.Y. May 5, 2008)...................................29

*Washburn v. Lavoie*,
    357 F. Supp. 2d 210 (D.D.C. 2004)...........................................................................24

*Wilkie v. Robbins*,
    551 U.S. 537 (2007)...................................................................................................42

*Williams v. Court Servs. & Offender Supervision Agency for D.C.*,
    840 F. Supp. 2d 192 (D.D.C. 2012)...........................................................................18

*Wilson v. Libby*,
    535 F.3d 697 (D.C. Cir. 2008)...................................................................................42

\*  *Winskowski v. City of Stephen*,
    442 F.3d 1107 (8th Cir. 2006) ...............................................................35, 36, 37, 38

*Wuterich v. Murtha*,
    562 F.3d 375 (D.C. Cir. 2009)...............................................................................9, 11

*Young v. Dist. of Columbia*,
    107 F. Supp. 3d 69, 74 (D.D.C. 2015).........................................................................6

*Zimbelman v. Savage*,
    228 F.3d 367 (4th Cir. 2000) .....................................................................................42

**Constitutional Provisions**

U.S. Const. art. I, § 6, cl. 1.................................................................................................2, 44

xv

**Statutes and Rules**                                                                                                    **Page(s)**

Congressional Accountability Act of 1995

    2 U.S.C. § 1301(3) ...............................................................................................................15

    2 U.S.C. § 1301(4) ...............................................................................................................15

    2 U.S.C. § 1301(9)(B) ...................................................................................................14, 17

    2 U.S.C. § 1317 .......................................................................................................15, 16, 18, 40

    2 U.S.C. § 1317(a) ...............................................................................................................15

    2 U.S.C. § 1317(b) ...............................................................................................................17

    2 U.S.C. § 1401 ..............................................................................................................14, 40

    2 U.S.C. § 1401(1) ...............................................................................................................17

    2 U.S.C. § 1401(2) ...............................................................................................................17

    2 U.S.C. § 1402 ....................................................................................................................17

    2 U.S.C. § 1403(b)(2) ..........................................................................................................39

    2 U.S.C. § 1404 ....................................................................................................................40

    2 U.S.C. § 1405 ....................................................................................................................40

    2 U.S.C. § 1406 ....................................................................................................................40

    2 U.S.C. § 1407 ....................................................................................................................40

    2 U.S.C. § 1408 ....................................................................................................................40

    2 U.S.C. § 1408(a) ...............................................................................................................14

    2 U.S.C. § 1408(b) .........................................................................................................14, 17

2 U.S.C. § 4108(a) ........................................................................................................................4

18 U.S.C. § 798 ....................................................................................................................23, 24

18 U.S.C. § 798(a) ......................................................................................................................23

**Statutes and Rules – continued**                                              **Page(s)**

18 U.S.C. § 1924 ............................................................................................................23

18 U.S.C. § 1924(a) ................................................................................................23, 24

18 U.S.C. § 2511(2)(d) ...................................................................................................24

18 U.S.C. § 3559(a)(6) ...................................................................................................23

Federal Tort Claims Act

    28 U.S.C. § 2680(h) ................................................................................................9

Fed. R. Civ. P. 12(b) ........................................................................................................2

Fed. R. Civ. P. 12(b)(1) ...................................................................................................8

Fed. R. Civ. P. 12(b)(6) .................................................................................................10

Fed. R. Civ. P. 12(d) ........................................................................................................3

Fed. R. Civ. P. 56(a) ......................................................................................................44

**Other Authorities and Materials**

Br. for Appellees, *O'Donnell v. Barry*, No. 97-7129,
    1998 WL 35241356 (D.C. Cir. Feb. 9, 1998) ...............................................................36

Bill of Information, *United States v. David Howell Petraeus*,
    No. 3:15-cr-47 (W.D.N.C. Mar. 3, 2015) (ECF No. 1) ................................................23

Factual Basis, *United States v. David Howell Petraeus*,
    No. 3:15-cr-47 (W.D.N.C. Mar. 3, 2015) (ECF No. 3) ................................................23