IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRADLEY F. PODLISKA,<br><br>                       Plaintiff,<br><br>v.<br><br>U.S. HOUSE OF REPRESENTATIVES SELECT COMMITTEE ON THE EVENTS SURROUNDING THE 2012 TERRORIST ATTACK IN BENGHAZI, and HAROLD WATSON "TREY" GOWDY III,<br><br>                       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 15-cv-2037 (RDM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bradley F. Podliska submits the following voluntary dismissal with prejudice in the above-captioned action against Defendant U.S. House of Representatives Select Committee on the Events Surrounding the 2012 Terrorist Attack in Benghazi, and Defendant the Honorable Trey Gowdy.

Respectfully submitted,                                         Dated: December 19, 2016

/ s / Peter Romer-Friedman
Peter Romer-Friedman (DC Bar # 993376)            Kathryn S. Piscitelli (*pro hac vice*)
OUTTEN & GOLDEN LLP                                     Attorney at Law
718 7th Street, N.W.                                              P.O. Box 691166
Washington, DC  20001                                        (407) 491-0143 (t)
(202) 770-7886 (t)                                                 kpiscitelli@cfl.rr.com
prf@outtengolden.com

Thomas G. Jarrard (*pro hac vice*)
LAW OFFICE OF THOMAS G. JARRARD (*pro hac vice*)
1020 N. Washington Street
Spokane, WA  99201
(425) 239-7290 (t)
tjarrard@att.net

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2016, I caused the foregoing to be served on all counsel of records via this Court's ECF system.

/ s / Peter Romer-Friedman
Peter Romer-Friedman (DC Bar # 993376)
OUTTEN &GOLDEN LLP
718 7th Street NW
Washington, DC 20001
(p) (202) 770-7886
prf@outtengolden.com

*One of the Attorneys for Plaintiff*
